No. 12–273.   HERNANDEZ v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 12–5155.   SWAIN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 12–5265.   VILLANUEVA SANCHEZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 12–5269.   ABELDANEZ SANCHEZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 12–5318.   GHANE v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 12–5724.   BREWER v. HEDGPETH, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 12–5728.   ACEVEDO v. TEXAS.   Ct. App. Tex., 2d Dist.   Certiorari denied.

No. 12–5730.   MUHAMMAD v. CAPPELLINI ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 12–5731.   NEVILLE v. TAYLOR ET AL.   App. Ct. Ill., 4th Dist.   Certiorari denied.

No. 12–5733.   KING v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 12–5734.   LEE v. MISSISSIPPI STATE OIL AND GAS BOARD.   Sup. Ct. Miss.   Certiorari denied.

No. 12–5741.   GOMEZ TORRES v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 12–5754.   ANZALONE v. HUBBARD, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 12–5760.   LIBERT v. PARKERSBURG CITY POLICE ET AL.   C. A. 4th Cir.   Certiorari denied.